

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

United States of America

Plaintiff,

v.

Jose Hernandez-Heredia,

Defendant.

Case No. 18-cr-239-1
Judge Sara L. Ellis

## ORDER

Arraignment hearing held. A Court appointed Spanish Interpreter was present. Santino Coleman of the Federal Defender Program is appointed as attorney for the Defendant. Defendant waives formal reading of indictment and enters a plea of not guilty to each charge and all counts of the Indictment in which he is named. 16.1(a) conference to be held by 5/1/2018. Pretrial motions are due by 6/15/2018. Responses are due by 6/29/2018. Status hearing is scheduled for 6/26/2018 at 10:00 AM. In the interest of justice, for continuity of counsel, and for the reasons stated on the record, Government's request to exclude time through and including 6/26/2018 is granted pursuant to 18 USC § 3161 (h)(7)(A)(B) (X-T) without objection. Detention hearing is waived. Defendant is remanded to the custody of the U.S. Marshal Service. Defendant shall remain in custody until further notice of the court.

(T: 0:06)

Date: 4/24/2018

/s/ Sara L. Ellis
Sara L. Ellis
U.S. District Judge